**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JAMES BOSWELL and<br>PAMELA BOSWELL,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| **v.** | )       **CASE NO. 2:18-cv-00130**<br>) |
| **RIVERDALE CREDIT UNION and<br>APRIL EZELLE,** | )<br>)<br>) |
| **Defendants.** | )<br>) |

## DISCLOSURE STATEMENT

The National Credit Union Administration Board, in its capacity as liquidating agent, hereby states that Riverdale Credit Union at all relevant times operated a federally-insured credit union with no known parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of S.D. Ala. CivLR 7.1.

Respectfully submitted,

/s/ Chad W. Bryan
**CHAD W. BRYAN (ASB: 7754-H71B)**
*Attorney for the National Credit Union Administration
Board as liquidating agent for Riverdale Credit Union*

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL  36102-2069
Telephone: (334) 241-8034
Facsimile:  (334) 241-8234
Email: chad.bryan@chlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 19th day of March 2018, a copy of this document is being served by electronic and U.S. Mail to counsel as indicated below:

Thomas C. Atchison
ATCHISON INJURY ATTORNEYS
300 Broad Street
Selma, AL 36701
Email: tatchison@asilpc.com

James N. Nolan
CONSTANGY, BROOKS, SMITH &
  PROPHETE, LLP
Two Chase Corporate Drive
Suite 120
Birmingham, AL 35244
Email:  jnolan@constangy.com


/s/ Chad W. Bryan
**OF COUNSEL**